Law Offices of Preeti K. Bajwa
Preeti K. Bajwa (SBN 232484)
901 H. Street, Suite 208
Sacramento, CA 95814
(916) 444-7100

Attorney for Defendant
GARY JASON GRANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 2:10-CR-0237 |
| Plaintiff, | STIPULATION AND   [PROPOSED] ORDER |
| vs. | JUDGE: Hon. Garland Burrell |
| GARY JASON GRANT | |
| Defendant | |

It is hereby stipulated and agreed to between the United States of America through

Samuel Wong, Assistant U.S. Attorney, and the defendant, GARY JASON GRANT by and

through his counsel, PREETI K. BAJWA, Attorney at Law that the Defendant may travel from

California to North Carolina for work-related purposes on January 10, 2012 through January 13,

2012. Mr. Grant's electronic monitor device will remain on his person and will be suspended for

the duration of this travel. Upon Mr. Grant's return to California on January 13, 2012, the

electronic monitoring will be reactivated.

DATED:  January 5, 2012

Respectfully submitted,

 /s/ Preeti Bajwa
PREETI K. BAJWA
Attorney for Defendant
GARY JASON GRANT

DATED: January 5, 2012        BENJAMIN WAGNER
United States Attorney

 /s/ Samuel Wong
SAMUEL WONG
Assistant U.S. Attorney
Attorney for Plaintiff


## ORDER

IT IS SO ORDERED. The Defendant may travel from California to North Carolina for work-related purposes on January 10, 2012 through January 13, 2012. Mr. Grant's electronic monitor device will remain on his person and will be suspended for the duration of this travel. Upon Mr. Grant's return to California on January 13, 2012, the electronic monitoring will be reactivated.

1/5/12

GARLAND E. BURRELL, JR.
United States District Judge