Law Offices of Preeti K. Bajwa
Preeti K. Bajwa (SBN 232484)
901 H. Street, Suite 208
Sacramento, CA 95814
(916) 444-7100

Attorney for Defendant
GARY JASON GRANT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 2:10-CR-0237 |
| Plaintiff, | STIPULATION AND   [PROPOSED] ORDER |
| vs. | |
| GARY JASON GRANT | JUDGE: Hon. Garland Burrell |
| Defendant | |

It is hereby stipulated and agreed to between the United States of America through

Samuel Wong, Assistant U.S. Attorney, and the defendant, GARY JASON GRANT by and

through his counsel, PREETI K. BAJWA, Attorney at Law that the Defendant's pre-trial release

conditions be modified as follows: Mr. Grant will no longer be on electronic monitoring subject

to curfew restrictions monitored by Pre-Trial Services. Pre-Trial Services agrees with this

modification.

DATED: March 20, 2012

Respectfully submitted,

  /s/ Preeti Bajwa
PREETI K. BAJWA
Attorney for Defendant
GARY JASON GRANT

DATED: March 20, 2012

BENJAMIN WAGNER
United States Attorney

  /s/ Samuel Wong
SAMUEL WONG
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS SO ORDERED. The Defendant's pre-trial release conditions are modified such that the Defendant will no longer be on electronic monitoring subject to curfew restrictions monitored by Pre-Trial Services.

**Date:** **4/13/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge