1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  TIMOTHY THOMAS SEAVER

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   NO. CR-S-10-237 GEB
                                     )
12              Plaintiff,           )
                                     )
13      v.                           )   **STIPULATION AND ORDER
                                     )   TO VACATE TRIAL CONFIRMATION
14                                   )   HEARING AND JURY TRIAL AND TO SET
                                     )   STATUS CONFERENCE**
15  GARY JASON GRANT, TIMOTHY        )
    THOMAS SEAVER, and MICHAEL       )
16  CHRISTOPHER MOORE,               )   Date:  July 20, 2012
                                     )   Time:  9:00 a.m.
17              Defendants.          )   Judge: Garland E. Burrell, Jr.
    _____)

18      It is hereby stipulated and agreed to by and between the United States of America, through SAMUEL

19  WONG, Assistant U.S. Attorney, and defendants, GARY JASON GRANT, by and through his counsel, Erin

20  Radekin, TIMOTHY THOMAS SEAVER, by and through his counsel, Matthew C. Bockmon, Assistant

21  Federal Defender, and MICHAEL CHRISTOPHER MOORE, by and through his counsel, Dan Frank Koukol,

22  that the trial confirmation hearing and jury trial dates be vacated, and a status conference hearing date of

23  Friday, July 20, 2012, at 9:00 a.m., be set.

24      The reason for this continuance is because Erin Radekin recently substituted in as attorney of record

25  for Defendant Gary Jason Grant.  Ms. Radekin needs additional time to review the voluminous discovery in

26  this case and consult with Mr. Grant.

27  / / /

28  / / /

1    Based upon the foregoing, the parties further stipulate that the Court shall find the time period from

2    the date of this stipulation, May 17, 2012, through and including the date of the new status conference, July

3    20, 2012, be excluded under the Speedy Trial Act 18 U.S.C. §3161(h)(7)(A) and (B)(ii) and (iv) and Local

4    Codes T2 [unusual and complex case] and T4 [reasonable time for defense counsel to prepare and continuity

5    of defense counsel], and that the ends of justice to be served by granting the continuance outweigh the best

6    interests of the public and the defendants to a speedy trial.

7    Dated: May 17, 2012

8                                                          Respectfully submitted,

9                                                          DANIEL J. BRODERICK

10                                                         Federal Defender

11                                                          */s/ Matthew C. Bockmon*
                                                          MATTHEW C. BOCKMON
12                                                         Assistant Federal Defender
                                                          Attorney for Defendant
13                                                         TIMOTHY THOMAS SEAVER

14
     Dated: May 17, 2012                                   */s/ Matthew C. Bockmon for*
15                                                         ERIN RADEKIN
                                                          Attorney for Defendant
16                                                         GARY JASON GRANT

17
     Dated: May 17, 2012                                   */s/ Matthew C. Bockmon for*
18                                                         DAN FRANK KOUKOL
                                                          Attorney for Defendant
19                                                         MICHAEL CHRISTOPHER MOORE

20
     Dated: May 17,  2012                                 BENJAMIN B. WAGNER
21                                                         United States Attorney

22                                          By:            */s/ Matthew C. Bockmon for*
                                                          SAMUEL WONG
23                                                         Assistant U.S. Attorney
                                                          Attorney for Plaintiff

24

25

26

27

28


Stipulation/Order                                        2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-10-237 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER VACATING TRIAL** |
| v. | ) | **CONFIRMATION HEARING AND JURY** |
| | ) | **TRIAL AND SETTING STATUS** |
| GARY JASON GRANT, TIMOTHY | ) | **CONFERENCE** |
| THOMAS SEAVER, and MICHAEL | ) | |
| CHRISTOPHER MOORE, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Based on the reasons set forth in the stipulation of the parties filed on May 17, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the trial confirmation hearing and jury trial dates be vacated, and that the case be set for status conference on **Friday, July 20, 2012, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 17, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, May 17, 2012, through and including July 20, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 [unusual and complex case] and T4 [reasonable time for defense counsel to prepare and continuity of defense counsel].

Dated: May 17, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation/Order                                    3