**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
GARY JASON GRANT

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARY JASON GRANT, et al.,<br><br>Defendants. | Case No. 10-CR-00237 GEB<br><br>**REQUEST FOR ORDER AND PROPOSED ORDER EXONERATING BOND** |

On October 6, 2010, the court ordered Mr. Grant released on a $100,000 bond, $50,000 of which was to be secured by real property at 1145 Stockton Avenue, South Lake Tahoe, California. A deed of trust for the property was subsequently recorded with El Dorado County and filed with this court on December 21, 2010.

On April 19, 2013, Mr. Grant was sentenced to serve 47 months in prison.

Accordingly, as Mr. Grant is currently incarcerated and serving his sentence, he respectfully requests that the court exonerate the bond posted to secure his release and that the clerk of the court be directed to reconvey the deed of trust back to the Trustors, Gary Grant and Karen Lopez Grant.

Dated: April 24, 2013                                         Respectfully Submitted,


                                                      /s/ Erin J. Radekin
                                                 ERIN J. RADEKIN
                                                 Attorney for Defendant
                                                 GARY JASON GRANT

# **ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that the bond in the amount of $100,000, $50,000 of which is secured by the property at 1145 Stockton Avenue, South Lake Tahoe, California, be exonerated, and the clerk is directed to reconvey the deed of trust for said property back to the Trustors, Gary Grant and Karen Lopez Grant.

Dated: April 25, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge