1  DAN KOUKOL
   Attorney at Law
2  State Bar No. 122526
   11930 Heritage Oak Place, Suite 6
3  Auburn, California 95603
   Telephone: (530) 823-5400
4  Facsimile: (530) 852-0150
   Email: dkoukol@placergroup.com
5
   Attorney for Defendant,
6  **MICHAEL MOORE**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-0237 GEB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER TO EXONERATE BOND |
| vs. | |
| MICHAEL MOORE, | |
| Defendant. | |

The Court finds that Mr. Moore was released pursuant to a $100,000.00 unsecured bond, collateralized by a 1977 Islander 382, Vessel Number CF 4671 G0, which was posted to the Clerk of the Court (Exhibit A). On December 14, 2012, Mr. Moore entered a guilty plea to Count 1 of the Indictment subject to Rule 11(c)(1)(C). On April 5, 2013, the Court sentenced Mr. Moore to imprisonment for a term of 24 months and Mr. Moore was remanded to the custody of the Bureau of Prisons.

//

//

//

//

1 Therefore, it is hereby ORDERED that the $100,000.00 unsecured bond posted in this
2 case is ordered exonerated and the Clerk of the Court is directed to reconvey the title to the
3 vessel described in Exhibit A to the surety, Lorne E. Gould.

**Date: 5/7/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge